1
2
3
4
5
6
7

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   IN RE: TFT-LCD (FLAT PANEL) ANTITRUST
9   LITIGATION

No. M 07-1827 SI
MDL. No. 1827

Case No.: C 12-0335 SI

**ORDER DENYING VIEWSONIC'S**
**MOTION TO FILE FIRST AMENDED**
**COMPLAINT UNDER SEAL**

10

11

12   This Order Relates to:

13   VIEWSONIC CORPORATION,

                    Plaintiff,

14

15            v.

16   AU OPTRONICS CORPORATION, ET AL.,

17                    Defendants.

18

19          The Court has reviewed the information that ViewSonic wishes to file under seal. None of the

20   information appears to be current sensitive business information. Further, much of the information is

21   already publically available due to its use in the recent civil trial before the Court. Accordingly, the

22   Court DENIES ViewSonic's motion. Master Docket No. 6085.

23          **IT IS SO ORDERED.**

24

25   Dated: July 10, 2012

26                                                   _____
                                                     SUSAN ILLSTON
27                                                   United States District Judge

28