1   Christopher M. Curran (*pro hac vice*)
    Email:  ccurran@whitecase.com
2   Martin M. Toto (*pro hac vice*)
    Email:  mtoto@whitecase.com
3   John H. Chung (*pro hac vice*)
    Email:  jchung@whitecase.com
4   **WHITE & CASE**LLP
    1155 Avenue of the Americas
5   New York, NY 10036
    Telephone:     (212) 819-8200
6   Facsimile:     (212) 354-8113

7   *Attorneys for Toshiba Corporation, Toshiba*
    *Mobile Display Co., Ltd., Toshiba America*
8   *Electronic Components, Inc. and Toshiba*
    *America Information Systems, Inc.*

9

10

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN FRANCISCO DIVISION**

14

15   IN RE:  TFT-LCD (FLAT PANEL)          Case No. 3:12-cv-0335-SI (N.D. Cal.)
     ANTITRUST LITIGATION                  MDL No. 1827
16

17   ───────────────────────────────
     This Document Relates to Individual Case   **STIPULATION AND [~~PROPOSED~~]**
18   No.  3:12-cv-0335-SI (N.D. Cal.)           **ORDER EXTENDING TIME TO ANSWER**
                                                **SECOND AMENDED COMPLAINT**
19   VIEWSONIC CORPORATION,

20                        Plaintiff,

21          vs.

22   AU OPTRONICS CORPORATION, *et al.,*

23                        Defendants.
     ───────────────────────────────
24

25

26

27

28

1    WHEREAS, Plaintiff ViewSonic Corporation ("ViewSonic") filed a Second Amended

2    Complaint (the "Complaint") in Case No. 3:12-cv-0335 SI (N.D. Cal.) on October 8, 2012;

3    WHEREAS, Defendants filed a Motion to Dismiss the Complaint on October 22, 2012

4    (MDL Dkt. No. 7023);

5    WHEREAS, the Court granted the motion in part and denied it in part on November 28,

6    2012 (MDL Dkt. No. 7255);

7    WHEREAS, Defendants desire additional time to answer the Complaint;

8    WHEREAS, extending Defendants' time to answer the Complaint will not alter the date of

9    any other event or deadline already fixed by the Court;

10    THEREFORE, ViewSonic and Defendants, by their undersigned counsel, stipulate and

11    agree as follows:

12    1.    All Defendants shall answer the Complaint by December 19, 2012.

13    2.    This stipulation does not constitute a waiver by any Defendant of any substantive

14    or procedural defense, including but not limited to the defenses of lack of personal or subject

15    matter jurisdiction and improper venue.

16    3.    This stipulation shall not be used by any Party in support of or opposition to any

17    arguments related to scheduling in this matter.

18
19    **IT IS SO STIPULATED.**

20
21
22
23
24
25
26
27
28

1

2
Respectfully submitted,

3

4
DATED:  December 10, 2012

5
By:   /s/ John H. Chung

6

7
Christopher M. Curran (*pro hac vice*)
Email:  ccurran@whitecase.com

8
Martin M. Toto (*pro hac vice*)
Email:  mtoto@whitecase.com

9
John H. Chung (*pro hac vice*)
Email:  jchung@whitecase.com

10
**WHITE & CASE** LLP
1155 Avenue of the Americas
New York, NY 10036

11
Telephone:(212) 819-8200
Facsimile: (212) 354-8113

12

13
*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

14

15
By:   /s/ Nathanial J. Wood

16

17
Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)

18
Nathanial J. Wood (CA Bar No. 223547)

19
CROWELL & MORING LLP
515 South Flower St., 40th Floor

20
Los Angeles, CA 90071
Telephone: 213-622-4750

21
Facsimile: 213-622-2690
Email: jmurray@crowell.com

22
jstokes@crowell.com
nwood@crowell.com

23

24
*Attorneys for Plaintiff ViewSonic Corporation*

25

26

27

28

By: /s/ Christopher A. Nedeau
    Christopher A. Nedeau (SBN 81297)
    Carl L. Blumenstein (SBN 124158)
    James A. Nickovich (SBN 244969)
    NOSSAMAN LLP
    50 California Street, 34th Floor
    San Francisco, CA  94111
    (415) 398-3600 (Phone)
    (415) 398-2438 (Facsimile)
    cnedeau@nossaman.com

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Harrison J. Frahn IV
    Harrison J. Frahn IV (SBN 206822)
    SIMPSON THACHER & BARTLETT LLP
    2475 Hanover Street
    Palo Alto, CA  94304
    Tel: (650) 251-5000
    Fax: (650) 251-5002
    hfrahn@stblaw.com

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc.*

By: /s/ Stephen P. Freccero
    Melvin R. Goldman (CA SBN 34097)
    Stephen P. Freccero (CA SBN 131093)
    Derek F. Foran (CA SBN 224569)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105-2482
    (415) 268-7000 (Phone)
    (415) 268-7522 (Facsimile)
    sfreccero@mofo.com

*Attorneys for Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

1

2

By:  /s/ Robert E. Freitas

Robert E. Freitas (SBN 80948)
Jason S. Angell (SBN 221607)
Jerry Chen (SBN 229318)
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
Tel: (650) 593-6300
Fax: (650) 593-6301

*Counsel for Defendant HannStar Display
Corporation*

By:  /s/ Kevin C. McCann

Kevin C. McCann (SBN 120874)
Holly A. House (SBN 136045)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105-3441
Tel:  (415) 856-7000
Fax:  (415) 856-7100
hollyhouse@paulhastings.com
kevinmccann@paulhastings.com

*Attorneys for  LG Display Co., Ltd., and LG Display
America, Inc.*

By:  /s/ John M. Grenfell

John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
Fusae Nara (pro hac vice)
Andrew D. Lanphere (State Bar No. 191479)
PILLSBURY WINTHROP
SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA  94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
john.grenfell@pillsburylaw.com

*Attorneys for Sharp Corporation and Sharp
Electronics Corp.*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                    By: /s/ Rachel S. Brass

3                        Rachel S. Brass (State Bar No. 219301)
                       GIBSON, DUNN & CRUTCHER LLP

4                        555 Mission Street
                       Suite 3000

5                        San Francisco, California 94105-2933
                       Telephone: (415) 393-8200

6                        Facsimile: (415) 393-8306
                       RBrass@gibsondunn.com

7

8                        *Attorneys for Chunghwa Picture Tubes, Ltd. and*
                       *Tatung Co. of America, Inc.*

9

10

11      Attestation:  The filer of this document asserts that the concurrence of the signatories

12 thereto has been obtained.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Having considered the foregoing stipulation, and for good cause appearing,

IT IS SO ORDERED.

Dated:  December  10, 2012

_____
The Honorable Susan Illston
United States District Judge

STIPULATION AND PROPOSED ORDER EXTENDING THE TIME TO ANSWER SECOND AMENDED COMPLAINT
Case No. 3:12-cv-0335 SI, MDL No. 1827