Christopher M. Curran (*pro hac vice*)
Email:  ccurran@whitecase.com
Martin M. Toto (*pro hac vice*)
Email:  mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email:  jchung@whitecase.com
**WHITE & CASE** LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:12-cv-0335-SI (N.D. Cal.)<br>MDL No. 1827 |
| This Document Relates to Individual Case No.  3:12-cv-0335-SI (N.D. Cal.)<br><br>VIEWSONIC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT** |

WHEREAS, Plaintiff ViewSonic Corporation ("ViewSonic") filed a Second Amended Complaint (the "Complaint") in Case No. 3:12-cv-0335 SI (N.D. Cal.) on October 8, 2012;

WHEREAS, Defendants filed a Motion to Dismiss the Complaint on October 22, 2012 (MDL Dkt. No. 7023);

WHEREAS, the Court granted the motion in part and denied it in part on November 28, 2012 (MDL Dkt. No. 7255);

WHEREAS, Defendants desire additional time to answer the Complaint;

WHEREAS, extending Defendants' time to answer the Complaint will not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, ViewSonic and Defendants, by their undersigned counsel, stipulate and agree as follows:

1. All Defendants shall answer the Complaint by December 19, 2012.

2. This stipulation does not constitute a waiver by any Defendant of any substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

3. This stipulation shall not be used by any Party in support of or opposition to any arguments related to scheduling in this matter.

**IT IS SO STIPULATED.**

1
2                                          Respectfully submitted,
3
4   DATED: December 10, 2012
5                                          By:  /s/ John H. Chung
6
7                                          Christopher M. Curran (*pro hac vice*)
                                           Email:  ccurran@whitecase.com
                                           Martin M. Toto (*pro hac vice*)
8                                          Email:  mtoto@whitecase.com
                                           John H. Chung (*pro hac vice*)
9                                          Email:  jchung@whitecase.com
                                           **WHITE & CASE** LLP
10                                         1155 Avenue of the Americas
                                           New York, NY 10036
11                                         Telephone:(212) 819-8200
                                           Facsimile:  (212) 354-8113
12
                                           *Attorneys for Toshiba Corporation, Toshiba Mobile*
13                                         *Display Co., Ltd., Toshiba America Electronic*
                                           *Components, Inc. and Toshiba America Information*
14                                         *Systems, Inc.*
15
                                           By:  /s/ Nathanial J. Wood
16
17                                         Jason C. Murray (CA Bar No. 169806)
                                           Joshua C. Stokes (CA Bar No. 220214)
18                                         Nathanial J. Wood (CA Bar No. 223547)
                                           CROWELL & MORING LLP
19                                         515 South Flower St., 40th Floor
                                           Los Angeles, CA 90071
20                                         Telephone: 213-622-4750
21                                         Facsimile: 213-622-2690
                                           Email: jmurray@crowell.com
22                                         jstokes@crowell.com
                                           nwood@crowell.com
23
24                                         *Attorneys for Plaintiff ViewSonic Corporation*
25
26
27
28

2
STIPULATION AND PROPOSED ORDER EXTENDING THE TIME TO ANSWER SECOND AMENDED COMPLAINT
Case No. 3:12-cv-0335 SI, MDL No. 1827

By: /s/ Christopher A. Nedeau
    Christopher A. Nedeau (SBN 81297)
    Carl L. Blumenstein (SBN 124158)
    James A. Nickovich (SBN 244969)
    NOSSAMAN LLP
    50 California Street, 34th Floor
    San Francisco, CA  94111
    (415) 398-3600 (Phone)
    (415) 398-2438 (Facsimile)
    cnedeau@nossaman.com

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Harrison J. Frahn IV
    Harrison J. Frahn IV (SBN 206822)
    SIMPSON THACHER & BARTLETT LLP
    2475 Hanover Street
    Palo Alto, CA  94304
    Tel: (650) 251-5000
    Fax: (650) 251-5002
    hfrahn@stblaw.com

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc.*

By: /s/ Stephen P. Freccero
    Melvin R. Goldman (CA SBN 34097)
    Stephen P. Freccero (CA SBN 131093)
    Derek F. Foran (CA SBN 224569)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105-2482
    (415) 268-7000 (Phone)
    (415) 268-7522 (Facsimile)
    sfreccero@mofo.com

*Attorneys for Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

```
                              By: /s/ Robert E. Freitas
                                  Robert E. Freitas (SBN 80948)
                                  Jason S. Angell (SBN 221607)
                                  Jerry Chen (SBN 229318)
                                  FREITAS TSENG & KAUFMAN LLP
                                  100 Marine Parkway, Suite 200
                                  Redwood Shores, CA 94065
                                  Tel: (650) 593-6300
                                  Fax: (650) 593-6301
```

*Counsel for Defendant HannStar Display Corporation*

```
                              By: /s/ Kevin C. McCann
                                  Kevin C. McCann (SBN 120874)
                                  Holly A. House (SBN 136045)
                                  PAUL HASTINGS LLP
                                  55 Second Street, Twenty-Fourth Floor
                                  San Francisco, CA 94105-3441
                                  Tel: (415) 856-7000
                                  Fax: (415) 856-7100
                                  hollyhouse@paulhastings.com
                                  kevinmccann@paulhastings.com
```

*Attorneys for LG Display Co., Ltd., and LG Display America, Inc.*

```
                              By: /s/ John M. Grenfell
                                  John M. Grenfell (State Bar No. 88500)
                                  Jacob R. Sorensen (State Bar No. 209134)
                                  Fusae Nara (pro hac vice)
                                  Andrew D. Lanphere (State Bar No. 191479)
                                  PILLSBURY WINTHROP
                                  SHAW PITTMAN LLP
                                  50 Fremont Street
                                  San Francisco, CA 94105
                                  (415) 983-1000 (Phone)
                                  (415) 983-1200 (Facsimile)
                                  john.grenfell@pillsburylaw.com
```

*Attorneys for Sharp Corporation and Sharp Electronics Corp.*

By:  /s/ Rachel S. Brass
Rachel S. Brass (State Bar No. 219301)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
RBrass@gibsondunn.com

*Attorneys for Chunghwa Picture Tubes, Ltd. and Tatung Co. of America, Inc.*

Attestation:  The filer of this document asserts that the concurrence of the signatories thereto has been obtained.

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and for good cause appearing,

IT IS SO ORDERED.

Dated:  December  10, 2012

_____
The Honorable Susan Illston
United States District Judge