HOLLY A. HOUSE (SB# 136045) hollyhouse@paulhastings.com
KEVIN C. McCANN (SB# 120874) kevinmccann@paulhastings.com
SEAN D. UNGER (SB# 231694) seanunger@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

LEE F. BERGER (SB# 222756) leeberger@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1772
Facsimile: (202) 551-0172

Attorneys for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:12-cv-00335 SI |
| | Case No. M 07-md-01827 SI |
| | MDL No. 1827 |
| This Document Relates to Individual Case No. 12-cv-00335 SI:<br><br>VIEWSONIC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER INCORPORATING AND APPLYING BRIEFING FROM OTHER MDL CASES INTO VIEWSONIC CORPORATION'S MOTION TO DISMISS DEFENDANTS LG DISPLAY CO., LTD. AND LG DISPLAY AMERICA, INC.'S COUNTERCLAIMS AND DEFENSES CONCERNING DUPLICATIVE RECOVERY**<br><br>Judge: Honorable Susan Y. Illston |

1     Plaintiff ViewSonic Corporation ("Plaintiff") and Defendants LG Display Co., Ltd. and

2  LG Display America, Inc. (collectively, "LG Display") stipulate as follows:

3     WHEREAS, Plaintiff filed a Second Amended Complaint (the "Complaint") in Case No.

4  3:12-cv-0335 SI (N.D. Cal.) on October 8, 2012;

5     WHEREAS, Defendants filed a Motion to Dismiss the Complaint (the "Motion") on

6  October 22, 2012 (MDL Dkt. No. 7023);

7     WHEREAS, the Court granted the Motion in part and denied it in part on November 28,

8  2012 (MDL Dkt. No. 7255);

9     WHEREAS, LG Display answered the Complaint and asserted counterclaims for

10  declaratory relief and certain affirmative defenses relating to issues of "duplicative recovery" (the

11  "Counterclaims") on December 19, 2012 (MDL Dkt. No. 7384);

12    WHEREAS, Plaintiff intends to file a motion to dismiss the Counterclaims;

13    WHEREAS, the Court has granted motions to dismiss the Counterclaims in other cases,

14  *see* D.I. 5795 (Court's order denying leave to amend LG Display's Answers to include the

15  Counterclaims in various other TFT-LCD panel litigation MDL actions); D.I. 6833 (Court's order

16  granting several direct action plaintiffs' motion to dismiss LG Display's counterclaims and strike

17  their defenses regarding duplicative recovery); D.I. 7512 (Court's order granting Rockwell's

18  motion to dismiss LG Display's counterclaims and strike their defenses regarding duplicative

19  recovery) (together the "Orders");

20    WHEREAS, a similar motion to dismiss the Counterclaims is currently before the Court

21  in the *Tech Data* case, 3:11-cv-05765-SI, D.I. 7090;

22    WHEREAS, LG Display wishes to preserve its right to appeal the Court's ruling that its

23  duplicative recovery defenses and counterclaims have no legal basis, *see* Orders (finding that LG

24  Display had not provided a legal basis for its proposed "violation of laws of duplicative recovery"

25  defenses or its related counterclaims);

26    WHEREAS, the parties seek to avoid further briefing in this case regarding the

27  Counterclaims, and thus seek to have the Court rule on Plaintiff's motion to dismiss on the basis

28  of prior briefing and without a hearing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and LG Display, by and through their respective undersigned counsel, as follows:

1. The parties agree that Plaintiff will file its Notice of Motion to Dismiss referencing this stipulation;

2. The parties agree that the following documents will be incorporated and applied in this case for purposes of briefing on Plaintiff's motion to dismiss:

   a. D.I. 7090 (Tech Data's motion to dismiss LG Display's counterclaims and defenses regarding duplicative recovery) will be considered in place of Plaintiff's Memorandum of Law in Support of its Motion to Dismiss;

   b. D.I. 7290 (LG Display's opposition to Tech Data's motion to dismiss LG Display's counterclaims and defenses regarding duplicative recovery) will be considered in place of LG Display's Opposition to Plaintiff's Motion to Dismiss;

   c. D.I. 7409 (Tech Data's reply in support of its motion to dismiss LG Display's counterclaims and defenses regarding duplicative recovery) will be considered in place of Plaintiff's Reply in Support of its Motion to Dismiss.

3. The parties agree that no further briefing on the Counterclaims will be necessary; and

4. The Court may decide Plaintiff's motion to dismiss without a hearing based on this stipulation and the briefing incorporated herein.

5. In the event the Court grants Plaintiff's motion to dismiss, Plaintiff agrees that LG Display has preserved its ability to challenge such order in the event of an appeal.

| | | |
|---|---|---|
| 1 | DATED: January 16, 2013 | PAUL HASTINGS LLP |

By:_____/s/ Kevin C. McCann_____
Kevin C. McCann

HOLLY A. HOUSE (SB# 136045)
KEVIN C. McCANN (SB# 120874)
LEE F. BERGER (SB# 222756)
SEAN UNGER (SB# 231694)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

By:____/s/ Nathanial J. Wood_____
Janet I. Levine (CA Bar No. 94255)
Jason C. Murray (CA Bar No. 169806)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone: 213-622-4750
Facsimile:  213-622-2690
Email: jlevine@crowell.com
jmurray@crowell.com
nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  202-580-8822
Facsimile:   202-580-8821
Email: adams@adamsholcomb.com
holcomb@adamsholcomb.com
leonardo@adamsholcomb.com

Counsel for Plaintiff ViewSonic Corporation

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**[PROPOSED] ORDER**

In accordance with the parties' stipulation set forth above, IT IS SO ORDERED.

Dated: ___1/17_____, 2013     By: _____/s/ Susan Illston_____
                                        Hon. Susan Illston
                                        United States District Judge

LEGAL_US_W # 73894696.5