# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ViewSonic Corp. v. AU Optronics Corp., et al.*, Case 12-cv-0335-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>**[~~PROPOSED~~] ORDER** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiff ViewSonic Corporation against Defendant Chunghwa Picture Tubes, Ltd. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

This  3rd  day of  Dec. , 2013

_____
Hon. Susan Illston
United States District Court Judge